# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
April C. Munn  
PO Box 9031  
Newark, DE 19714  
**SSN:** xxx–xx–5513

**Chapter:** 13

**Case No.:** 19–11318–BLS

## ORDER DISMISSING CASE

**AND NOW**, this date, 12/16/19 , after notice and hearing, and for the reasons expressed on the record,

*"X"*

X   a. The case is dismissed without prejudice. Should Debtor(s) attempt to file bankruptcy within the next 180 days, the Court will consider an ex parte request for relief from the automatic stay on an expedited basis.

b. The case is dismissed with prejudice and Debtor(s) is/are ineligible for bankruptcy relief under any other chapter for the next 180 days. Should Debtor(s) attempt to file bankruptcy within the next 180 days, the Court will consider an ex parte request for relief from the automatic stay on an expedited basis.

Brendan Linehan Shannon  
Bankruptcy Judge

Dated: 12/19/19

(VAN–456)