# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Sherry | Date Created: 12/19/2019 |
| Case: 19−11318−BLS | Form ID: van456 | Total: 23 |

**Recipients of Notice of Electronic Filing:**
tr   Michael B. Joseph − Chapter 13 Trustee   mjoseph@ch13de.com
ust  U.S. Trustee   USTPRegion03.WL.ECF@USDOJ.GOV
aty  Michael B. Joseph − Chapter 13 Trustee   mjoseph@ch13de.com
aty  Peter M. Sweeney   psweeney@lscd.com

                                                                                  TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         April C. Munn         PO Box 9031         Newark, DE 19714
13662954   Check 'n Go           100 Commercial Drive        Fairfield, OH 45014−5556
13662959   Check 'n Go           800 W. 4th Street      Wilmington, DE 19805
13656913   Check N Go            800 W 4th Street       Willmington, DE 19805
13656917   Department of Labor   Division of Unemployment Insurance       P.O. Box 9953       Wilmington, DE 19809
13656918   Ellen Slights, Assistant US Attorney       P.O. Box 2046       Wilmington, DE 19899−2046
13662960   Henrietta Center      601 New Castle Avenue       Wilmington, DE 19801
13656911   Henrietta Center      601 New Castle Avenue       Wilmington, De 19801
13662955   Henrietta Johnson Medical Center       601 New Castle Avenue       Wilmington, DE 19801
13662957   Mary Lee McKinney     to be provided
14241968   NEW CASTLE COUNTY     GOVERNMENT CENTER−OFFICE OF LAW       87 READS WAY       NEW CASTLE, DE 19720
13662951   New Castle County     800 N. French Street       Wilmington, DE 19801
13662952   New Castle County Code Enforcement       c/o County Attorney NCC Law Dept.       87 Reads Way       New Castle, DE 19720
13656915   New Castle County/Law       Attention: Bill Weisel       87 Reads Way       New Castle, DE 19720
13662953   Newman's Auto         3100 Lancaster Avenue       Wilmington, DE 19805
13662958   R. C. Cathey          to be provided
13656916   State of Delaware     Division of Revenue       820 N. French Street, 8th Floor       Wilmington, DE 19801−0820
13662956   Westside Health       404 Fox Hunt Drive       Newark, DE 19702
13656912   Westside Health       404 Fox Hunt Drive       Newark, De 19702

                                                                                  TOTAL: 19